UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER MICHAEL MATHEWS,

Plaintiff,

v.

DEPARTMENT OF CORRECTIONS,

Defendant.

Case No. C26-5706-BHS-MLP

REPORT AND RECOMMENDATION

Petitioner Christopher Michael Mathews, proceeding *pro se*, filed a proposed petition for writ of habeas corpus challenging his custody at the Stafford Creek Corrections Center ("SCCC"). (Dkt. # 1.) Specifically, he challenged the calculation of a sentence imposed by the Kittitas Superior Court under case number 21-1-00099-19. (*Id.* at 2.)

The Clerk's Office posted a letter notifying Petitioner that his submission was deficient because he had not paid the $5.00 filing fee nor filed an application to proceed *in forma pauperis*, and warning him that failure to remedy the deficiency by July 30, 2026, could result in dismissal of his case. (Dkt. # 2.) On August 13, 2026, this Court ordered Petitioner to pay the $5.00 filing fee or show cause why he could not by September 4, 2026. (Dkt. # 3.)

On August 17, 2026, the Court's Order was returned as undeliverable. (Dkt. # 4 at 1-2.) The Clerk's Office corresponded with Washington State Department of Corrections ("DOC")

staff to determine a forwarding address and was informed that Petitioner had been released into the community without supervision. (*See* dkt. # 4-1 at 1.) On September 16, 2026, the Court issued an Order directing Petitioner to show cause by September 30, 2026, why his petition should not be denied as moot. To date, Petitioner has filed no response to the Order to show cause.

The writ of habeas corpus may only be granted where a petitioner is "in custody" pursuant to a State court judgment. 28 U.S.C. § 2254(b)(1). Because the record indicates Petitioner has now been released from DOC custody, his petition for writ of habeas corpus is moot. This Court therefore recommends that Petitioner's petition for writ of habeas corpus (dkt. # 1) be DENIED as moot. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **November 3, 2026**.

The Clerk is directed to send copies of this Report and Recommendation to Petitioner and to the Honorable Benjamin H. Settle.

Dated this 13th day of October, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge