UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER MICHAEL MATHEWS,

Petitioner,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS,

Respondent.

CASE NO. C26-5706 BHS

ORDER

THIS MATTER IS before the Court on Magistrate Judge Michelle Peterson's Report and Recommendation (R&R), recommending that the Court dismiss pro se petitioner Christopher Mathews' § 2241 habeas petition challenging his state court sentence and his custody at the Stafford Creek Corrections Center. Dkt. 6. He did not pay the filing fee, and he did not apply to proceed *in forma pauperis*. He did not respond to Judge Peterson's Order that he do so by September 4, 2026. The court contacted Stafford Creek and learned that Mathews had been released. Judge Peterson Ordered Mathews to show cause why his petition should not be denied as moot by September 30.

Mathews did not respond, and he did not object to the R&R.

The District Court must modify or set aside any portion of the Magistrate Judge's order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations *to which objection is made*." 28 U.S.C. § 636(b)(1)(C) (emphasis added); *accord* Fed. R. Civ. P. 72(b)(3). "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). A proper objection requires "specific written objections to the proposed findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).

The R&R is not clearly erroneous or contrary to law, and Mathews has apparently abandoned his habeas petition. The R&R is **ADOPTED**, Mathews' petition is **DENIED**, and this matter is **DISMISSED**.

The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED.**

Dated this 3rd day of November, 2026.

BENJAMIN H. SETTLE
United States District Judge